**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR412-158 |
| | ) | |
| SHAWN BRAGG | ) | |

## REPORT AND RECOMMENDATION

On February 21, 2013, the Court ordered a forensic psychological examination of defendant Shawn Bragg in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 31.) Pursuant to the Court's order, Bragg was transported to the Federal Correctional Institution at Butner, North Carolina, where he underwent a comprehensive psychological evaluation. His evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 34.)

Both defendant and the government stipulate to the report's findings. The Court concurs with the unrebutted findings in the forensic

report that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 16TH day of July, 2013.

**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**