IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR412-158
)
SHAWN BRAGG, )
)
Defendant. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 48), to which no objections have been filed. After a careful de novo review of the record, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 21) and Motion to Dismiss Count Two (Doc. 22) are hereby **DENIED**.

SO ORDERED this 25th day of October 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA